# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SHIVA STEIN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAESARS ENTERTAINMENT )<br>CORPORATION, JAMES HUNT, ANTHONY )<br>RODIO, THOMAS BENNINGER, JULIANA )<br>L. CHUGG, DENISE CLARK, KEITH )<br>COZZA, JOHN DIONNE, DON KORNSTEIN, )<br>COURTNEY MATHER, JAMES L. NELSON, )<br>and RICHARD SCHIFTER, )<br>)<br>Defendants. ) | Case No. 1:19-cv-01656-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 9, 2020

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
  Brian D. Long (#4347)
  Gina M. Serra (#5387)
  300 Delaware Avenue, Suite 1220
  Wilmington, DE 19801
  Telephone: (302) 295-5310
  Facsimile: (302) 654-7530
  Email: bdl@rl-legal.com
  Email: gms@rl-legal.com

  *Attorneys for Plaintiff*